Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
THOMAS G. LININGER (SBN 353277)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:     (916) 978-3430
mjaime@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN DIRKZWAGER,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No. 2:22-CV-002215-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br><br>Complaint filed: June 3, 2022<br>Trial date: June 1, 2026 |

Plaintiff MARIAN DIRKZWAGER and Defendant COSTCO WHOLESALE CORPORATION, by and through their counsel, hereby submit the following stipulation and request that this Court enter an Order continuing the Trial date of June 1, 2026, the Mandatory Settlement Conference of March 25, 2026, as well as the Final Pretrial Conference set for May 2, 2026. In support of this Stipulation to continue the Trial date and Final Pretrial Conference, the parties hereby submit the following:

1.     The parties have agreed to mediate this case with mediator Ken Harris on April 16, 2026. The parties would prefer to mediate this matter privately and believe this matter can and shoulder resolve with Mr. Harris's assistance.

2.     The parties respectfully submit to this Court that good cause exists for continuing

1

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

the Mandatory Settlement Conference, Final Pretrial Conference and Trial date because of their mutual desire to engage in settlement negotiations through private mediation to attempt to settle Plaintiff's claim to avoid the costs and expenses of trial, as well as unnecessary use of judicial resources to resolve this case. Given the April 16, 2026, mediation date, the parties seek to avoid incurring unnecessary costs for their clients by preparing for Trial leading up to mediation. However, should mediation be unsuccessful, the parties would be unprepared to begin Trial on June 1, 2026. As such, good cause exists to continue the Mandatory Settlement Conference, Pre-Trial, and Trial dates.

WHEREFORE, both Plaintiff and Defendant, through their counsel, hereby move this Court to continue the Final Pretrial Conference date to TBD, and the trial date to January 2027, or as soon thereafter as may be convenient for this Court's schedule.

DATED: March 8, 2026      BY: DEL RIO & CARAWAY P.C.

_____
Daniel R. Del Rio
2335 American River Drive #200
Sacramento, CA 95825
(916) 378-4705

DATED: March 9, 2026      BY: MATHENY, SEARS, LINKERT & JAIME

 /s/ *Matthew C. Jaime*
Matthew C. Jaime
3638 American River Drive
Sacramento, CA 95864
(916) 978-3434

2

*STIPULATION AND ORDER TO CONTINUE TRIAL DATE*

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

### ORDER CONTINUING TRIAL

Having considered the Stipulation of the parties herein, and good cause having been shown, the Court hereby orders that the Trial date of June 1, 2026, Mandatory Settlement Conference date of March 25, 2026, and the Final Pretrial Conference date of April 2, 2026, are hereby vacated.

1.      The Court hereby orders that a jury trial is SET for February 22, 2027, at 9:00 a.m.

2.      The Court further orders that a Final Pretrial Conference is SET for December 3, 2026, at 2:00 p.m.

3.      Both the jury trial and the Final Pretrial Conference shall be held in Courtroom 2, before Chief District Judge Troy L. Nunley.  The parties shall file a Joint Pretrial Conference Statement not later than November 25, 2026, pursuant to local rule 281(a)(2) and (b).

**IT IS SO ORDERED**.

Dated: March 9, 2026

_____
Troy L. Nunley
Chief United States District Judge

3

*STIPULATION AND ORDER TO CONTINUE TRIAL DATE*